UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*11-16-00*
*Miami*

HONORABLE DONALD L. GRAHAM

### COURTROOM MINUTES

Case No. _OO - 6270-CR-DLG_ Date: _11-16-00_

Style: _U.S.A_ vs. _Hexter et al_

Pltf/AUSA _Annie Martinez, Debra Stewart_

Defense Counsel: _Joel Kaplan Patrick Hunt_

Reporter _BARBARA MEDINA_ ___ Deputy Clerk _CLARA FOSTER_

Status Conference/Hearing on Motion: _____

_All defense motions must be filed in 90 days; Govt responses in 10 days & 7 days to reply; Plea cutoff date; 2-21-01_

Calendar Call _____ Trial Set/Reset for _____

TRIAL MINUTES:    BENCH/JURY    VOIR DIRE HELD_____

JURY TRIAL BEGINS _____ TRIAL HELD _____ DAY #____

TRIAL ENDS _____

DEFENDANT: REMANDED/ACQUITTED    SENTENCE DATE_____

MISCELLANEOUS NOTES TO DOCKET CLERK:_____