```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
                 MIAMI DIVISION
          CASE NO. 00-06270-CR-GRAHAM
```

UNITED STATES OF AMERICA

    Plaintiff,

vs.

EDWARD HEXTER, et al.

    Defendant.
_____/



FILED by _____ D.C.
MAR - 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER SETTING DISCOVERY SCHEDULE

**THIS CAUSE** came before the Court upon the parties joint request to extend the trial date in this action at the Status Conference on November 16, 2000.

**THE COURT** has previously ruled from the bench on this matter. This order memorializes the ruling as set forth below, it is

**ORDERED AND ADJUDGED** as follows:

1. Any negotiated pleas shall be taken not later than February 21, 2001.

2. The Defendant shall file all pretrial motions not later than <u>February 16, 2001</u>, with the government's responses to said motions due not later than <u>March 5, 2001</u>. Defense replies are due not later than <u>March 14, 2001.</u> All motions filed shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion.

3. All responses to the Standing Discovery Order and/or Local Rule 88.10 shall be provided timely. Non-compliance may result in sanctions. Supplemental discovery responses provided "out-of-time" will include a statement in the first paragraph of the response explaining why criminal discovery was not complied with in a timely fashion. Fed. R. Evid. 404(b) notices <u>shall</u> include a specific factual basis for the evidence sought to be introduced.

4. The Court finds that the period of delay from November 16, 2000 and any other trial date set hereafter excludable in calculating the period within which trial must commence in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161, <u>et. seq.</u>.

**DONE AND ORDERED** in chambers, at Miami, Florida, this 9th day of March, 2001.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Annie Martinez, AUSA
Joel Kaplan, Esq.
Patrick Hunt, Esq.