UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA

v.

EDWARD HEXTER, et al.

_____/



FILED by ____ D.C.

DEC 11 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the Southern District of Florida hereby dismisses the Indictment against EDWARD HEXTER, who is deceased. A copy of EDWARD HEXTER's death certificate is attached.

Respectfully submitted,

Date: 12-10-02

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

Leave of Court is GRANTED for the filing of the foregoing dismissal this 10th day of December, 2002, at Miami, Florida.

Rec'd in MIA Dkt 12-13-02

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

# OFFICE of VITAL STATISTICS
## CERTIFIED COPY

### CERTIFICATE OF DEATH
### FLORIDA

**LOCAL FILE NO.:** 0 2 8 4 9 8

**1. DECEDENT'S NAME:** EDWARD [MIDDLE] HEXTER
**2. SEX:** MALE
**3. DATE OF DEATH:** OCTOBER 11, 2000
**4. SOCIAL SECURITY NUMBER:** 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
**5a. AGE (Last Birthday):** 53
**6. DATE OF BIRTH:** DECEMBER 28, 1946
**7. BIRTHPLACE:** BELOIT, WISCONSIN
**8. WAS DECEDENT EVER IN U.S. ARMED FORCES?:** NO
**9a. PLACE OF DEATH:** Residence (X)
**9b. INSIDE CITY LIMITS:** YES
**9c. FACILITY NAME:** 1041 MEADOWWOOD TERRACE
**9d. CITY, TOWN, OR LOCATION OF DEATH:** DAVIE
**9e. COUNTY OF DEATH:** BROWARD
**10a. DECEDENT'S USUAL OCCUPATION:** OWNER/OPERATOR
**10b. KIND OF BUSINESS/INDUSTRY:** UNITED MORTGAGE
**11. MARITAL STATUS:** DIVORCED
**12. SURVIVING SPOUSE:** NONE
**13a. RESIDENCE STATE:** FLORIDA
**13b. COUNTY:** BROWARD
**13c. CITY, TOWN, OR LOCATION:** DAVIE
**13d. STREET AND NUMBER:** 1041 MEADOWWOOD TERRACE
**13e. INSIDE CITY LIMITS:** YES
**13f. ZIP CODE:** 33325
**14. WAS DECEDENT OF HISPANIC ORIGIN:** NO
**15. RACE:** WHITE
**16. DECEDENT'S EDUCATION:** 4
**17. FATHER'S NAME:** ROBERT HEXTER
**18. MOTHER'S NAME:** GRACE SHER
**19a. INFORMANT'S NAME:** JUDY BUNCE
**19b. MAILING ADDRESS:** 1041 MEADOWWOOD TERRACE DAVIE, FLORIDA 33325
**20a. METHOD OF DISPOSITION:** X Cremation
**20b. PLACE OF DISPOSITION:** ABCO CREMATORY
**20c. LOCATION:** FT. LAUDERDALE, FLORIDA
**21b. LICENSE NUMBER:** 3351
**21c. NAME AND ADDRESS OF FACILITY:** ALL CARE FUNERAL HOME & CREMATORY, 2267 SOUTH UNIVERSITY DRIVE, FT. LAUDERDALE, FLORIDA 33328
**22b. DATE SIGNED:** OCTOBER 12, 2000
**22c. HOUR OF DEATH:** 7:50 PM
**24. NAME AND ADDRESS OF CERTIFIER:** DR. MAX R. BRECK, M.D., 501 N. FLAMINGO ROAD #308, PEMBROKE PINES, FLORIDA 33028
**25c. DATE REGISTERED:** OCT 10 2000

**26. PART I. IMMEDIATE CAUSE:** Lung Carcinoma

**DEC 1 0 2002**

**WARNING:** 9837457 — THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH A WATERMARK OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THE DOCUMENT FACE CONTAINS A MULTI-COLORED BACKGROUND AND GOLD EMBOSSED SEAL. THE BACK CONTAINS SPECIAL COLORED LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK.

**HEALTH** — FLORIDA DEPARTMENT OF
DOH FORM 1964A

### CERTIFICATION OF VITAL RECORD

VOID IF ALTERED OR ERASED

TOTAL P.02